**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DEYANIRA BRITO,

             **Plaintiff,**

        *- against –*

COMMISSIONER OF SOCIAL SECURITY,

             **Defendant.**

19 CV 10631 (KMK) (LMS)

<u>ORDER</u>

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

Currently before the undersigned is <u>pro se</u> Plaintiff's application for appointment of

counsel. ECF No. 4. Plaintiff requests <u>pro bono</u> counsel because she is unable to afford to hire

her own attorney and she speaks mostly Spanish. <u>Id.</u> Not speaking English is not itself a reason

for the Court to appoint counsel to represent a litigant in a civil case. <u>See</u> <u>Hodge v. Police</u>

<u>Officers</u>, 802 F.2d 58, 61-62 (2d Cir. 1986); <u>Velez v. Burge</u>, 08 Civ. 00806 (M), 2009 U.S. Dist.

LEXIS 96966, * 2-4 (W.D.N.Y. Oct. 20, 2009).[2] For that reason, Plaintiff's application for

appointment of counsel is denied without prejudice.

Dated: January 31, 2020
       White Plains, New York

                     SO ORDERED,

                     Lisa Margaret Smith
                     United States Magistrate Judge
                     Southern District of New York

---

[1] The Honorable Judge Kenneth M. Karas referred this matter to the undersigned on November 20, 2019. ECF No. 7.

[2] Copies of all unpublished opinions and decisions available only in electronic form cited herein have been mailed to Petitioner. <u>See</u> Local Civil Rule 7.2; <u>Lebron v. Sanders</u>, 557 F.3d 76,78 (2d Cir. 2009).