Copy Mailed by Chambers to Pro Se Plaintiff of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEYANIRA BRITO,

                Plaintiff,

- against –

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

19 CV 10631 (KMK) (LMS)

ORDER

### THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]

On May 22, 2020, the Commissioner file its motion for judgment on the pleadings in this case. ECF No. 16. According to the certificate of service, the Commissioner served its motion upon the pro se Plaintiff by first class mail at the address listed on the docket sheet. ECF No. 18. Plaintiff's opposition to the motion was due on July 21, 2020. See ECF No. 8. To date, no opposition has been filed. Accordingly, the Court hereby orders that pro se Plaintiff has until no later than October 28, 2020, to serve and file her opposition to Defendant's motion for judgment on the pleadings. **Any failure to oppose Defendant's motion may cause this Court to recommend that the motion be granted by default.**

Dated: September 25, 2020
      White Plains, New York

SO ORDERED,

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] The Honorable Judge Kenneth M. Karas referred this matter to the undersigned on November 20, 2019. ECF No. 7.