UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Brito,

                        Plaintiff,                        **ORDER**

       -against-                            19 Civ. 10631 (KMK) (AEK)

Commissioner of Social Security,

                       Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.[1]**

     On May 22, 2020, the Commissioner filed its motion for judgment on the pleadings in this case. ECF No. 16. According to the certificate of service, the Commissioner served its motion upon the *pro se* Plaintiff by first class mail at the address listed on the docket sheet. ECF No. 18. Plaintiff's opposition to the motion was initially due on July 21, 2020. ECF No. 8. When no opposition was filed on that date, the Court ordered that the Plaintiff had until no later than October 28, 2020 to serve and file her opposition to Defendant's motion for judgment on the pleadings. ECF No. 19. Still, no opposition has been filed. Accordingly, the Court hereby orders that Plaintiff has until no later than December 23, 2020 to serve and file her opposition to Defendant's motion for judgment on the pleadings. **Failure to oppose Defendant's motion may cause this Court to recommend that the motion be granted by default.**

Dated: November 23, 2020
       White Plains, New York              **SO ORDERED.**

                                                        _____
                                                         ANDREW E. KRAUSE
                                                         United States Magistrate Judge

---

[1] This case was referred by the Honorable Kenneth M. Karas to the Honorable Lisa Margaret Smith on November 20, 2019. ECF No. 7. The referral was then reassigned to the undersigned on October 19, 2020.