**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEYANIRA BRITO,

                    Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

19 **CIVIL** 10631 (KMK)

## JUDGMENT

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 30, 2022, the Report and Recommendation is

ADOPTED in its entirety. Defendant's Motion for Judgment on the Pleadings is denied.

Judgment is entered in favor of Plaintiff, and that this matter be remanded to the Commissioner

for further administrative proceedings; accordingly, the case is closed.

**Dated:**  New York, New York

        March 31, 2022

                                 **RUBY J. KRAJICK**

                                 **Clerk of Court**

**BY:**

                                 **Deputy Clerk**